

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 04-30059-01-03 |
| | * | |
| | * | 21 U.S.C. §846 |
| | * | (Drug Conspiracy) |
| | * | 21 U.S.C. §841(a)(1) |
| | * | (Possession with the Intent |
| | * | to Distribute Methamphetamine) |
| VERSUS | * | 18 U.S.C. §922(g) |
| | * | (Possession of Firearm By |
| | * | Convicted Felon) |
| | * | 18 U.S.C. §924(d) |
| | * | (Forfeiture) |
| | * | |
| LEE UNDERWOOD, Jr. | * | JUDGE JAMES |
| SCOTT A. CAMPBELL | * | |
| RANDAL LYNN GREER | * | MAGISTRATE JUDGE HAYES |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

Beginning in November, 2004, and continuing until on or about November 17, 2004, in the Western District of Louisiana and elsewhere, the defendants, LEE UNDERWOOD, Jr., SCOTT A. CAMPBELL, and RANDAL LYNN GREER, and other persons known and unknown to the Grand Jury, did knowingly and intentionally

conspire and agree together to possess with the intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 846.  [21 U.S.C. §§ 841(a)(1) and 846]

## COUNT 2

On or about November 16, 2004, in the Western District of Louisiana, the defendant, LEE UNDERWOOD, Jr., did knowingly and intentionally possess with the intent to distribute 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).  [21 U.S.C. 841(a)(1)]

## COUNT 3

On or about November 17, 2004, in the Western District of Louisiana, the defendant, LEE UNDERWOOD, Jr., having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, did knowingly possess, in and affecting commerce, a firearm, to wit: a Glock, model 33, .357 caliber pistol, bearing serial number GHZ 570, and ammunition, all in violation of Title 18, United States Code, Section 922(g)(1).  [18 U.S.C. § 922(g)(1)]

## COUNT 4

On or about November 17, 2004, in the Western District of Louisiana, the defendant, SCOTT A. CAMPBELL, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, did

knowingly possess, in and affecting commerce, a firearm, to wit: a Glock, model 33, .357 caliber pistol, bearing serial number GHZ 570, and ammunition, all in violation of Title 18, United States Code, Section 922(g)(1).   [18 U.S.C. § 922(g)(1)]

## COUNT 5

A. The allegations contained in Counts 3 and 4 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924 (d)(1).

B. As a result of the violations in Counts 3 and 4 of this Indictment, the defendants, LEE UNDERWOOD, Jr. and SCOTT A. CAMPBELL, shall forfeit to the United States the firearm and ammunition described in Counts 3 and 4 involved in the aforesaid offense.   [18 U.S.C. § 924 (d)(1)]

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

DONALD W. WASHINGTON
UNITED STATES ATTORNEY

_____
James G. Cowles, Jr. (Bar Id. No. 4516)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
318/676-3600