

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

August 22, 2005



RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 11/10/05

**BARRY K. JOFFRION**
Deputy Clerk
Phone: (318)676-4272

300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083
Fax: (318)676-3962

Hon. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA   70130

Attn:     Ms. Melissa Courseault

RE:      United States of America vs Lee E. Underwood
         USDC# 3:04cr30059-01

Dear Sir:

**05-30918**

In connection with this appeal, the following items are being transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

  Certified copy of the Notice of Appeal by Lee E. Underwood on 8/1805.

  Certified copy of the docket entries.

In regard to this notice of appeal, the following information is furnished:

   The Honorable Robert G. James, entered the judgment being appealed.

   The Court Reporter assigned to his matter is: Debbie Lowery.

   The appeal filing fees have been paid.

                                    Sincerely,

                                    ROBERT H. SHEMWELL, Clerk of Court

                            BY:_____s/Barry K. Joffrion_____
                                     Barry K. Joffrion, Deputy Clerk

bkj
Enclosures
cc:    Hon. Robert G. James
       Debbie Dickerson
       Debbie Lowery
       Caldwell; Cowles/Cassidy; USM; USPO

U.S. COURT OF APPEALS
RECEIVED
AUG 23 2005
NEW ORLEANS, LA.