RECEIVED
JAN 25 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

IN RE: PROCEDURE FOR RETROACTIVE APPLICATION OF AMENDMENT 782 TO THE UNITED STATES SENTENCING GUIDELINES REDUCING DRUG OFFENSE LEVELS EFFECTIVE NOVEMBER 1, 2015

---

DEFENDANTS' MOTION TO CONTINUE DEADLINE
TO CONFERENCE IN TIER III AMENDMENT 782 CASES

---

NOW INTO COURT come defendants listed in the attached exhibit, through undersigned counsel, who respectfully move this Honorable Court to continue the deadline to conference following receipt of the retroactivity reports in the Tier III Amendment 782 cases, for the following reasons:

1.

In 2015, Dustin Talbot, who previously handled the Tier I and II cases in this matter, was promoted to fill the Assistant Federal Defender position vacated by Carol Whitehurst who was selected as a new Magistrate Judge in the Lafayette Division. As a result of his promotion, the Tier III cases were assigned to the Shreveport Division. Undersigned counsel received approximately 85 Tier III case files from Mr. Talbot on December 1, 2015, in which retroactivity reports from the U.S. Probation Office had already been prepared. See, attached exhibit. In addition to the files with reports, there are approximately 50 more files opened in which reports have not yet been received.

2.

Since receiving the Tier III files, undersigned counsel has worked assiduously to review the files, including the retroactivity reports, the presentence reports and the *pro se* filings of the

various defendants. To date, undersigned counsel has performed such work and contacted nearly all of the defendants in the Lake Charles and Monroe Divisions.

3.

The review process has been complicated by the U.S. Supreme Court's recent decision in *Johnson v. United States*, 135 S.Ct. 2551 (2015). A number of the files in the Lake Charles and Monroe Divisions involve defendants sentenced as career offenders or armed career criminals. Some of these files have revealed possible *Johnson* challenges, which this office is presently tracking until a determination is made regarding the level of representation that will ultimately be offered to them.

4.

Additionally, the usually hectic press of business in undersigned counsel's office was heightened as she prepared during the month of December 2015 and the first ten days of January 2016 for a jury trial in a civil rights case prosecuted jointly by the local U.S. Attorney's Office, as well as the Civil Rights Division of the Department of Justice. The trial was continued four days before its scheduled commencement at the request of the Government.

5.

For the above and foregoing reasons, undersigned counsel needs an additional 120 day period in which to resolve the pending Tier III cases listed in the attached exhibit.

6.

It is unknown whether the Government objects to this request.

WHEREFORE, defendants, through undersigned counsel, respectfully prays that this Honorable Court extend the period for a representative from the Federal Defender's Office, the

U.S. Attorney's Office and U.S. Probation Office to conference after receipt of the retroactivity report for a period of 120 days.

>Respectfully submitted,
>
>REBECCA L. HUDSMITH
>Federal Public Defender for the Western and
>Middle Districts of Louisiana
>
>*s/ Betty L. Marak*
>
>_____
>Betty L. Marak, LSBA No. 18640
>Assistant Federal Public Defender
>300 Fannin Street, Suite 2199
>Shreveport, Louisiana 711101
>(318) 676-3310
>Fax (318) 676-3313
>E-mail: betty_marak@fd.org

## CERTIFICATE OF SERVICE

I, undersigned counsel, certify that a copy of the above and foregoing was this date filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

Additionally, I have served the following persons by e-mail: USPO Kimberly Myers, USPO Arthur Smith, USPO Jay Garner, USPO Karen Lee and USPO Kristin Vidrine.

Shreveport, Louisiana, on this 22nd day of January, 2016.

s/ Betty L. Marak
_____
Betty L. Marak,
Assistant Federal Public Defender