UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIM. NO. 04-30059-01/USM NO. 12512-035 |
| **VERSUS** | JUDGE ROBERT G. JAMES |
| **LEE E. UNDERWOOD, JR.** | MAG. JUDGE KAREN L. HAYES |

Date of Original Judgment: 08/15/2005     Rebecca Hudsmith
                                          Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §IB1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is GRANTED, and Defendant's previously imposed sentence of imprisonment of 262 months **is reduced to 210 months.**

Except as otherwise provided, all provisions of the judgment dated August 15, 2005, shall remain in effect.

**IT IS SO ORDERED.**

Order Date:     January 9, 2017

*[signature: Robert G. James]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE