# United States District Court
## for the
## Western District of Louisiana

## Request for Modifying the Conditions of Supervision

| | | |
|---|---|---|
| Offender: | Lee E. Underwood, Jr. | Docket No.3:04CR30059 |
| Sentencing Judge: | The Honorable Robert G. James | Date of Report: September 4, 2020 |
| Date of Original Sentence: | August 15, 2005 | |
| Original Offense: | Conspiracy to Possess with Intent to Distribute Methamphetamine | |
| Original Sentence: | 210 months in the Bureau of Prisons; 60 months Supervised Release | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: October 31, 2019 |

### PETITIONING THE COURT

The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency, or abuse which may include, but not limited to urine, breath, saliva, and skin testing should a screening and/or assessment indicate treatment is needed. The defendant shall comply with the rules and regulations of the treatment agency and allow the probation officer, in consultation with the agency, to adjust the modality, duration, and intensity of treatment as needed. The defendant shall further submit to drug and/or alcohol testing techniques, in addition to those performed by the treatment agency, during and after formal treatment services. The defendant will pay for treatment services as directed by the U.S. Probation Office.

### CAUSE

On May 13, 2020, the probation office received a phone call from the defendant's sister, who reported she believes her brother has relapsed and is using illicit drugs. Due to the COVID-19 outbreak, the probation office could not perform a drug screen in the matter and explained that will address this issue with the defendant when the outbreak had subsided but will closely monitor the situation.

On August 28, 2020, the probation office followed-up with the defendant's sister, whom stated they have attempted to place her brother in an inpatient treatment facility on two separate occasions and he has refused. She also stated she continues to believe her brother is using illegal narcotics. She further stated he has moved out of her residence. The probation office contacted the defendant, who at first stated he was living with his sister and denied the use of any illegal narcotics; however, after further discussion and after being told it was his sister who gave the probation office this information, the defendant conceded. He admitted he has been living at another location for the past two weeks and has been using methamphetamine on a daily basis since the death of his father.

The defendant is in violation of the following conditions of his supervision:

Mandatory Condition 2- The defendant shall not commit another federal, state, or local crime.

Mandatory Condition 3- The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

Standard Condition 7- The defendant shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**The defendant admitted to using methamphetamine daily, since the death of his father.**

Standard Condition 3- The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.

**The defendant continually denied relocating to a new address and using illegal narcotics. It was only after being confronted by information obtain from his sister, that he admitted to the violations.**

Standard Condition 6- The defendant shall notify the probation officer at least ten days prior to any change in residence.

**The defendant relocated from his sister's residence two weeks ago and failed to report this to the probation officer.**

I declare under penalty of perjury that the foregoing is true and correct.

Submitted by:                                              Reviewed and Approved by:

_____                                 _____
Mark Miller                                               Kristin Vidrine
U. S. Probation Officer                                   Supervising U. S. Probation Officer

## THE COURT ORDERS:

☐   No Action
☒   The Modification of Conditions as Noted Above
☐   Other

_____
Signature of Judicial Officer
The Honorable Terry A. Doughty
United States District Judge


_____September 10, 2020_____
Date