# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UNITED STATES OF AMERICA**               **CASE NO. 3:04-CR-30059-01**

**VERSUS**                                 **JUDGE ROBERT G. JAMES**

**LEE E UNDERWOOD JR (01)**                **MAGISTRATE JUDGE KAREN L. HAYES**

## MINUTES OF COURT:
### Initial Appearance-Revocation Proceedings \ Preliminary Revocation Hearing

| Date: | November 23, 2020 | Presiding: | Mag. Judge Karen L. Hayes |
| --- | --- | --- | --- |
| Court Opened: | 11:00 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 11:12 a.m. | Court Reporter: | VTC Zoom |
| Statistical Time: | 00:12 | Courtroom: | VIDEO CONFERENCE |
| | | Probation Officer: | Mark Miller |

## APPEARANCES

| Jessica Diane Cassidy   (AUSA) | For | United States of America |
| --- | --- | --- |
| Betty Lee Marak   (AFPD) | For | Lee E Underwood, Jr (01), Defendant |
| Lee E Underwood Jr (01) | | (LOCATION CUSTODY) |

## PROCEEDINGS

The hearing in this matter was held via Zoom/Video Conference due to the COVID-19 order in accordance with the federal law passed under the Cares Act of 2020. All parties appeared via video conference. This proceeding was conducted by Video Conference with the written and oral consent of defendant.

**INITIAL APPEARANCE:**
Defendant sworn.
Defendant admitted his identity.
Defendant advised of charges, maximum penalties & rights.

**Preliminary Revocation Hearing:**
Defendant stipulated to probable cause.

**RELEASE:**
Defendant shall remain detained pending a Final Revocation Hearing.

**FILING:**

Waiver of Appearance

**NEXT:**

Final Revocation Hearing to be set by **Judge Terry A. Doughty**, in Monroe LA.