AO 245D   (Rev. 09/19 - WDLA) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Louisiana

Monroe Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LEE E UNDERWOOD, JR | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:   3:04-CR-30059-1<br>USM Number:   12512-035<br><br>Michael L DuBos<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   MC 2 & 3; SC 7   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| MC 2 & 3; SC 7 | Defendant tested positive for D Amphetamine, D Methamphetamine, Hydrocodone, Hydromorphone, Norhydrocodone, and Dihydrocodeine | 9/30/20 |
| | Defendant committed the new offense of possession with the intent to distribute methamphetamine and possession of a firearm in furtherance of a drug transaction. | 11/11/20 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violations(s) conditions.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 18, 2021
Date of Imposition of Judgment

_/s/ Terry A. Doughty_
Signature of Judge

TERRY A. DOUGHTY, United States District Judge
Name of Judge                                                                                              Title of Judge

8/19/21
Date

Judgment — Page 2 of 2

DEFENDANT:      LEE E UNDERWOOD, JR
CASE NUMBER:    3:04-CR-30059-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:  35 months to run consecutively with the sentence imposed in Docket No. 21-cr-00016-01, on the docket of this court.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL